RECEIVED
IN MONROE, LA
SEP 2 3 2008
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICKY FABELA | CIVIL ACTION NO. 08-0103 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 7], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Ricky Fabela's Complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 23 day of September, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE